## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JOSEFINO MORALES FORTIZ, *individually and on behalf of others similarly situated*,

    Plaintiff,

v.

HARU HOLDING, CORP., and
STEVEN LAY,

    Defendants.
_____/

CASE NO. 1:21-cv-04630-PAE-KNF

    PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 12(c), and upon the annexed Declarations of Hisato Baba, Steven Lay and Sharon McClay and all exhibits attached thereto, memorandum of law, and the pleadings previously submitted in this action, Defendants HARU HOLDING CORP. and STEVEN LAY by and through the undersigned counsel, hereby move this Court, before the Honorable Paul A. Engelmayer, at the United States Courthouse for the Southern District of New York, United States Courthouse, 40 Foley Square, Room 2201, New York, New York 10007, for an entry of an order striking Plaintiff's class action allegations and compelling individual arbitration.

Dated: August 30, 2021
      Miami, Florida

                                      Respectfully submitted,

By: *s/ Ingrid H. Ponce*
INGRID H. PONCE, ESQ.

INGRID H. PONCE (*Pro Hac Vice*)
STEARNS WEAVER MILLER, WEISSLER,
 ALHADEFF & SITTERSON, P.A.
150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Fax: (305) 789-2652
E-Mail: iponce@stearnsweaver.com

*Attorneys for Defendants, Haru Holding Corp.*
*And Steven Lay*

## SERVICE LIST

*Josefino Morales Fortiz v. Haru Holding, Corp.*
CASE NO. 1:21-cv-04630-PAE-KNF

Clela Alice Errington
cerrinton@faillacelaw.com
Michael Antonio Faillace
michael@faillacelaw.com
Michael Faillace & Associates, P.C.
60 East 42 Street
Suite 4510
New York, NY 10165
Tel. 212-317-1200
Fax: 212-317-1620

*Attorneys for Plaintiff*

#9431157 v2

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200
#9748439 v1 43203 0002